## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LT. ANTHONY GINALDI,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civ. No. 12-956** |
| | : | |
| **CAPT. KENNETH O'BRIEN,** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 11th day of September, 2015, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 32), Plaintiff's Response to Defendant's Motion (Doc. No. 34), and Defendant's Reply Memorandum (Doc. No. 35), it is hereby **ORDERED** that judgment is entered in favor of Defendant Captain Kenneth O'Brien and against Plaintiff Lieutenant Anthony Ginaldi.

It is further **ORDERED** that the Clerk shall close this case for statistical purposes.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____

Paul S. Diamond, J.